1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  MICHAEL PATTON,                          No.  1:20-cv-01498-DAD-SKO

12                 Plaintiff,

13       v.                                  ORDER DIRECTING THE CLERK TO
                                             TERMINATE DEFENDANTS EXTENDED
14  EXTENDED STAY AMERICA, INC., et          STAY AMERICA, INC. AND ESA P
    al.,                                     PORTFOLIO OPERATING LESSEE, INC.
15
                   Defendants.               (Doc. 19)
16

17

18          On January 22, 2021, the parties filed a Stipulation to Dismiss Defendants Extended Stay

19  America, Inc. and ESA P Portfolio Operating Lessee, Inc., pursuant to Federal Rule of Civil

20  Procedure 41(a)(1)(A).  (Doc. 19.)

21          In relevant part, Rule 41(a)(1)(A) provides as follows:

22          [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of
            dismissal before the opposing party serves either an answer or a motion for
23          summary judgment; or (ii) a stipulation of dismissal signed by all parties who
            have appeared.
24

25  Fed. R. Civ. P. 41(a)(1)(A).  "The plaintiff may dismiss some or all of the defendants, or some or

26  all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the

27  action as to the defendants who are the subjects of the notice."  *Wilson v. City of San Jose*, 111

28

F.3d 688, 692 (9th Cir. 1997).

Because the parties filed a stipulation of dismissal with prejudice under Rule 41(a)(1)(A)(ii), this case has automatically terminated as to Defendants Extended Stay America, Inc. and ESA P Portfolio Operating Lessee, Inc.  Fed. R. Civ. P. 41(a)(1)(A).  Accordingly, the Clerk of the Court is directed to TERMINATE Defendants Extended Stay America, Inc. and ESA P Portfolio Operating Lessee, Inc.

This case shall remain OPEN pending resolution of Plaintiff's case against the remaining defendants.

IT IS SO ORDERED.

Dated:   __**January 25, 2021**__                    _____/s/ *Sheila K. Oberto*_____
                                                                                 UNITED STATES MAGISTRATE JUDGE

2