CHARLES S. PAINTER (SBN 89045)
REBECCA L. MENENDEZ (SBN 262487)
**ERICKSEN ARBUTHNOT**
100 Howe Avenue, Suite 110 South
Sacramento, CA   95825-8201
Tel: (916) 483-5181
 cpainter@ericksenarbuthnot.com
 rmenendez@ericksenarbuthnot.com

and

MARTIN H. ORLICK (SBN 083908)
STUART K. TUBIS (SBN 278278)
CHRISTOPHER WHANG (SBN 316916)
**JEFFER MANGELS BUTLER & MITCHELL, LLP**
Two Embarcadero Center, 5th Floor
San Francisco, CA 94111
Tel: 415-398-8080
mho@jmbm.com
skt@jmbm.com
cwhang@jmbm.com

Attorneys for Defendants.  ESA P PORTFOLIO, LLC and ESA MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PATTON,<br><br>            Plaintiff,<br><br>    v.<br><br>EXTENDED STAY AMERICA, INC., ESA P PORTFOLIO, L.L.C., ESA P PORTFOLIO OPERATING LESSEE, INC., ESA MANAGEMENT, LLC, and DOES 1 – 50,<br><br>            Defendants.<br>_____ | Case No. 1:20-cv-01498-DAD-SKO<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT [LOCAL RULE, 144]**<br><br>(Doc. 37)<br><br>Action Filed:  October 21, 2020<br>Trial Date:  None Set |

WHEREAS, Plaintiff MICHAEL PATTON, filed and served his First Amended Complaint (ECF No. 36) on December 6, 2021 which makes Defendants responsive pleading due on Monday December 27, 2021.

---

STIPULATION EXTENDING TIME TO RESPOND TO FAC
21-082/PLEADING.003           - 1 -
CSP:kc

1  WHEREAS, the United States District Court Eastern District of California, Local Rules, Rule 144 requires court approval of this stipulation because this is a request for an extension of time to respond to the First Amended Complaint.

WHEREAS, this requested stipulation will not impact the court modified scheduling order (ECF No. 33)

WHEREAS, counsel for Defendants has a number of other pressing matter as well as the Christmas holidays that make it extremely difficult to file responsive pleadings by Monday December 27, 2021.

COMES NOW, Plaintiff MICHAEL PATTON and Defendants ESA P PORTFOLIO, LLC and ESA MANAGEMENT, LLC, by and through their respective attorneys of record and stipulate that Defendants ESA P PORTFOLIO, LLC and ESA MANAGEMENT, LLC, may have an extension of time to and including Monday January 10, 2022 to respond to the First Amended Complaint.

DATED:  December 21, 2021

ERICKSEN ARBUTHNOT

By  _____
CHARLES S. PAINTER
REBECCA L. MENENDEZ
Attorneys for Defendants ESA P PORTFOLIO, LLC and
ESA MANAGEMENT, LLC

DATED: December 21, 2021         VICKERY & SHEPHERD, LLP

*/s/ Fred Shepherd as authorized on 12/22/2021*

By  _____
FRED SHEPHERD
Attorney for Plaintiff MICHAEL PATTON

**ORDER**

Pursuant to the parties' above stipulation (Doc. 37), and for good cause shown,

IT IS HEREBY ORDERED that Defendants ESA P PORTFOLIO, LLC, and ESA MANAGEMENT, LLC, shall have an extension of time to and including January 10, 2022, to respond to the First Amended Complaint.

IT IS SO ORDERED.

Dated: __December 22, 2021__              /s/ *Sheila K. Oberto*
                                                                          UNITED STATES MAGISTRATE JUDGE