CHARLES S. PAINTER (SBN 89045)
REBECCA L. MENENDEZ (SBN 262487)
**ERICKSEN ARBUTHNOT**
100 Howe Avenue, Suite 110 South
Sacramento, CA  95825-8201
Tel: (916) 483-5181
cpainter@ericksenarbuthnot.com
rmenendez@ericksenarbuthnot.com

and

MARTIN H. ORLICK (SBN 083908)
STUART K. TUBIS (SBN 278278)
CHRISTOPHER WHANG (SBN 316916)
**JEFFER MANGELS BUTLER & MITCHELL, LLP**
Two Embarcadero Center, 5th Floor
San Francisco, CA 94111
Tel: 415-398-8080
mho@jmbm.com
skt@jmbm.com
cwhang@jmbm.com

Attorneys for Defendants. ESA P PORTFOLIO, L.L.C. and
ESA MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PATTON, | Case No.:  1:20-cv-01498-DAD-SKO |
| Plaintiff, | **STIPULATION RE SECOND AMENDED COMPLAINT AND ORDER** |
| vs. | **(Doc. 52)** |
| EXTENDED STAY AMERICA, INC., ESA P PORTFOLIO, L.L.C., ESA P PORTFOLIO OPERATING LESSEE, INC., ESA MANAGEMENT, LLC and DOES 1 – 50, | Action Filed:  October 21, 2020 Trial Date:  None Set |
| Defendants. | |

WHEREAS, Plaintiff MICHAEL PATTON, filed and served his Second Amended Complaint (ECF No. 49) on January 13, 2022, and Defendants' responsive pleadings are due on Monday January 27, 2022, per the stipulation and order of the parties dated January 12, 2022 (ECF No. 44);

WHEREAS, this requested stipulation will not impact the court modified scheduling order (ECF No. 33)

WHEREAS, the parties, by and through their attorneys, stipulate as follows:

COMES NOW, Plaintiff MICHAEL PATTON and Defendants ESA P PORTFOLIO, L.L.C. and ESA MANAGEMENT, LLC, by and through their respective attorneys of record, and stipulate that due to the press of other business defendants' responsive pleadings to the Second Amended Complaint shall be filed no later than February 10, 2022.

DATED:  January 26, 2022

ERICKSEN ARBUTHNOT

By _____

CHARLES S. PAINTER
REBECCA L. MENENDEZ
Attorneys for Defendants ESA P
PORTFOLIO, L.L.C. and
ESA MANAGEMENT, LLC

DATED: January 26, 2022

VICKERY & SHEPHERD, LLP

By      _/s/ Fred Shepherd as approved on_
        _1/26/22_____
FRED SHEPHERD
Attorney for Plaintiff MICHAEL
PATTON

///
///
///
///
///
///
///

**ORDER**

In view of the parties' foregoing stipulation (Doc. 52), and for good cause shown, it is hereby ordered that Defendants' responsive pleadings to the Second Amended Complaint shall be filed no later than February 10, 2022.

IT IS SO ORDERED.

Dated:   **January 28, 2022**                    /s/ *Sheila K. Oberto*
                                                 UNITED STATES MAGISTRATE JUDGE