# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PATTON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ESA P PORTFOLIO, LLC, et al.,<br><br>　　　　　Defendants.<br>_____/ | Case No. 1:20-cv-01498-DAD-SKO<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR ORDER SHORTENING TIME**<br><br>(Doc. 60) |

Before the Court is Defendants' ex parte application for an order shortening time to hear their motion to modify the scheduling order and continue the settlement conference (Doc. 61), filed April 28, 2022.[1]  (Doc. 60.)  For good cause shown, *see* E.D. Cal. L.R. 144(e), the Court GRANTS Defendants' ex parte application.  Accordingly, the Court sets the following briefing schedule for Defendants' motion to modify the scheduling order and continue the settlement conference:

1.  Plaintiff's opposition, or statement of non-opposition is due by no later than **May 6, 2022**; and

2.  Defendants may file an optional reply by no later than **May 12, 2022**.

---

[1] For future reference, the parties are directed to review Local Rule 233 ("Motions for Administrative Relief"), which was added to the Local Rules for the Eastern District of California as amended on March 1, 2022.  As the parties have agreed on a shortened briefing schedule in this instance, the Court will not insist on strict compliance with Local Rule 233.

The Court will then take the matter under submission without oral judgment pursuant to E.D. Cal. Local Rule 230(g).

The Court VACATES the non-dispositive and dispositive motion filing deadline of May 2, 2022 (*see* Doc. 55), and the requirement of the pre-settlement conference exchange of demand and offer (*see* Doc. 56), to be reset and reinstated, respectively, upon the resolution of Defendants' motion to modify the scheduling order and continue the settlement conference.

IT IS SO ORDERED.

Dated: __May 2, 2022__   /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE