UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PATTON, | No.  1:20-cv-01498-ADA-SKO |
| Plaintiff, | |
| v. | ORDER DIRECTING CLERK TO CLOSE THE CASE |
| ESA P PORTFOLIO, LLC, et al., | |
| Defendants. | (Doc. 95) |

On July 14, 2023, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 95.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **July 17, 2023**                    */s/ Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE